```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :
        - v. -                   :      MISDEMEANOR
                                 :      INFORMATION
KEVIN BROWN,                     :
                                 :      07 Cr.
             Defendant.          :
                                 :
                                 :
                                 :
- - - - - - - - - - - - - - - - x
```

07 CRIM. 485

COUNT ONE

The United States Attorney charges:

From in or about May 2006 up to and including on or about March 19, 2007, in the Southern District of New York and elsewhere, KEVIN BROWN, the defendant, being a person required to register under a State sexual offender registration program, unlawfully, willfully, and knowingly, did change address to a State other than the State in which he resided at the time of his immediately preceding registration, and did establish a new residence in that State, without registering within ten days or at any time thereafter with the Federal Bureau of Investigation ("FBI") and the State in which his new residence was established, to wit, BROWN moved from New Jersey to New York and did not notify the



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 30 2007

authorities in New Jersey or New York, or the FBI, or otherwise take steps to update his required registration.

(Title 42, United States Code, Sections 14072(g)(3) and (i)(1).)

                                       _____
                                       MICHAEL J. GARCIA
                                       United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

KEVIN BROWN,

Defendant.

MISDEMEANOR
INFORMATION

07 Cr.

(42 U.S.C. §§ 14072(g)(3) and (i)(1).)


_____   MICHAEL J. GARCIA
                              United States Attorney.