

```
┌─────────────────────────┐
│ USDS SDNY               │
│ DOCUMENT                │
│ ELECTRONICALLY FILED    │
│ DOC #: _____  │
│ DATE FILED: 6/27/07     │
└─────────────────────────┘
```

U.S. Department of Justice [implied]

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007



RECEIVED

JUN 1 - 2008

HAROLD BAER
U.S. DISTRICT JUDGE
S. D. N.Y.

June 14, 2007

**BY FACSIMILE**

The Honorable Harold Baer, Jr.
United States District Judge
United States Courthouse
500 Pearl Street, Room 2230
New York, New York 10007
Fax: (212) 805-7901

        Re:    United States v. Kevin Brown
              07 Cr. 485 (HB)

Dear Judge Baer:

        A misdemeanor information was filed in the above referenced matter on May 30, 2007, and the defendant was presented and arraigned before Magistrate Judge Gorenstein on June 6, 2007. The Government respectfully writes to request that the Court exclude time in the above-referenced action, pursuant to Title 18, United States Code, Section 3161(h)(8)(A), until the next scheduled conference, on Thursday, June 28, 2007, at 11:00 a.m. Such an exclusion will serve the ends of justice and outweighs the interests of the defendant and the public in a speedy trial because, among other reasons, it will enable the Government to produce discovery, the defense to review that discovery and contemplate any motions, and the parties to discuss a possible disposition of this matter. The Government has spoken with counsel for Mr. Brown, Christopher A. Flood, Esq., and he consents to the exclusion of time until June 28.

                                            Respectfully submitted,

                                            MICHAEL J. GARCIA
                                            United States Attorney
                                            Southern District of New York

SO ORDERED

/s/ Harold Baer, Jr.
Harold Baer, Jr., U.S.D.J.
Date: 6/27/07

                                        By:   /s/ Jenna M. Dabbs
                                                  Jenna M. Dabbs
                                                  Assistant United States Attorney
                                                  (212) 637-2212

cc:       Christopher A. Flood, Esq. (By facsimile)