# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

*Southern District of New York*
John J. Byrnes
*Attorney-in-Charge*

August 3, 2007

By Hand & ECF
Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Kevin Brown**
07 Cr. 485 (HB)

Dear Harold Baer,

With the gracious consent of the government, I write on behalf of my client, Kevin Brown, to request a two-day extension of the scheduled deadline for the filing of the defendant's motion to dismiss the Information in the above-captioned case. This motion is currently scheduled to be filed today, August 3, 2007. I request an extension to Tuesday, August 7, 2007.

This request is made necessary because I will unexpectedly be out of the office for the remainder of the work day, and will be out of the jurisdiction until Tuesday, August 7, 2007.

Should the Court grant this request, Mr. Brown has would ask that the government be allowed equal additional time to respond.

I may be reached at (212) 417-8761 if more information or argument is required.

Respectfully submitted,

Christopher A. Flood
Counsel for Kevin Brown

CC:   Jenna Dabbs
      Assistant United States Attorney