# STATE OF NEW JERSEY
# DEPARTMENT OF CORRECTIONS

## ACKNOWLEDGEMENT OF DUTIES OF ADDRESS VERIFICATION AND REGISTRATION

NAME: Brown Kevin    PRISON NUMBER: 447840

SBI#: 563038A    FBI#: _____    DOB: 12/12/56

INTENDED RESIDENCE: 15 Raymond Av. Plainfield N.J.

Initials

1. KB — I understand that I must verify my address with the Plainfield Police Department every year.

2. KB — I understand that this verification must be in person and I must provide proof of that address, such as a letter or a bill.

3. KB — I understand that if I served my sentence at the Adult Diagnostic & Treatment Center (Avenel), or if I was found to be a repetitive and compulsive sex offender, I must verify my address every 90 days.

4. KB — I understand that if I move, I must notify Plainfield Police Department and the Police Department in the town where I intend to live, at least ten (10) days before I move. I must then re-register in my new town.

5. KB — I understand that if I remain offense-free for fifteen (15) years from the date of conviction or release from prison, whichever is later, I may apply to the Superior Court to be relieved of my obligation to register.

6. KB — I understand that I may be charged with *Failure to Register 4th Degree*, subjecting me up to 18 months in prison pursuant to *N.J.S.A. 2C:7-2*, if I fail to register, re-register or verify my address as required by law.

7. KB — I understand that if I move to another State, I will be subject to any and all laws governing sex offender registration procedures.

I, J. Armcw (Officer's Name), have read the above seven (7) paragraphs to K. Brown (Registrant's Name) and provided a copy of the Acknowledgement.

Date: 8/13/05
Date: 8/13/N

Officer's Signature: _____
Registrant's Name (Print): K. Brow
Registrant's Signature: x Kevin Br___

00022

ATTACHMENT A

## STATE OF NEW JERSEY
## DEPARTMENT OF CORRECTIONS

### ACKNOWLEDGEMENT OF DUTIES OF ADDRESS VERIFICATION AND REGISTRATION

NAME: Brown, Kevin                           PRISON NUMBER: 447846

SBI#: 503038A         FBI#: _____           DOB: 12/12/56

INTENDED RESIDENCE: Camden County S.S. 600 Market St. Camden N.J.

Initials

1. **KB** I understand that I must verify my address with the __Camden__ Police Department every year.

2. **KB** I understand that this verification must be in person and I must provide proof of that address, such as a letter or a bill.

3. **KB** I understand that if I served my sentence at the Adult Diagnostic & Treatment Center (Avenel), or if I was found to be a repetitive and compulsive sex offender, I must verify my address every 90 days.

4. **KB** I understand that if I move, I must notify __Camden__ Police Department and the Police Department in the town where I intend to live, at least ten (10) days before I move. I must then re-register in my new town.

5. **KB** I understand that if I remain offense-free for fifteen (15) years from the date of conviction or release from prison, whichever is later, I may apply to the Superior Court to be relieved of my obligation to register.

6. **KB** I understand that I may be charged with *Failure to Register 4th Degree*, subjecting me up to 18 months in prison pursuant to N.J.S.A. 2C:7-2, if I fail to register, re-register or verify my address as required by law.

7. **KB** I understand that if I move to another State, I will be subject to any and all laws governing sex offender registration procedures.

I, __J Amken__ (Officer's Name), have read the above seven (7) paragraphs to __K. Brown__ (Registrant's Name) and provided a copy of the Acknowledgement.

Date: 12/12/05

Date: 12/12/05

Officer's Signature: _____

Registrant's Name (Print): K. Brown

Registrant's Signature: _____

ATTACHMENT A                                                       00024

RE-REGIS

**STATE OF NEW JERSEY**
**DEPARTMENT OF CORRECTIONS**

## ACKNOWLEDGEMENT OF DUTIES OF ADDRESS VERIFICATION AND REGISTRATION

NAME: Brown, Kevin          PRISON NUMBER: 447840

SBI#: 563038A       FBI#: _____       DOB: _____

INTENDED RESIDENCE: Saints Prison Ministry
235 West Main St. Moorestown NJ

Initials

1. __KB__ I understand that I must verify my address with the __Moorestown__ Police Department every year.

2. __KB__ I understand that this verification must be in person and I must provide proof of that address, such as a letter or a bill.

3. __KB__ I understand that if I served my sentence at the Adult Diagnostic & Treatment Center (Avenel), or if I was found to be a repetitive and compulsive sex offender, I must verify my address every 90 days.

4. __KB__ I understand that if I move, I must notify __Moorestown__ Police Department and the Police Department in the town where I intend to live, at least ten (10) days before I move. I must then re-register in my new town.

5. __KB__ I understand that if I remain offense-free for fifteen (15) years from the date of conviction or release from prison, whichever is later, I may apply to the Superior Court to be relieved of my obligation to register.

6. __KB__ I understand that I may be charged with *Failure to Register 4th Degree*, subjecting me up to 18 months in prison pursuant to *N.J.S.A. 2C:7-2*, if I fail to register, re-register or verify my address as required by law.

7. __KB__ I understand that if I move to another State, I will be subject to any and all laws governing sex offender registration procedures.

I, __J. Amici__, have read the above seven (7) paragraphs to _____
(Officer's Name)                                                    (Registrant's Name)
and provided a copy of the Acknowledgement.

Date: 12/17/0r            Officer's Signature: _____

Date: 12/17/0r            Registrant's Name (Print): K. Brown

                          Registrant's Signature: X _____

00026

ATTACHMENT A