# Camden County
## OFFICE OF THE PROSECUTOR
### ACKNOWLEDGEMENT OF DUTIES OF ADDRESS VERIFICATION AND RE-REGISTRATION

1. I understand that I must verify (re-register) my address with the ____Burlington____ Police Department ☒ every year or ☐ every 90 days. _K.B_ (Initials)

2. I understand that this verification must be <u>in person</u> and I must provide proof of that address such as a bill, driver's license or other form of ID with current address. _K.B_ (Initials)

3. I understand that if I served my sentence at the Adult Diagnostic and Treatment Center (Avenel) or if I was found to be a repetitive and compulsive sex offender, I must verify my address every 90 days. _K.B_ (Initials)

4. I understand that if I move, either in this municipality or to another municipality, I must notify the ____Burlington____ Police Department and the Police Department where I intend to live at least 10 days before I move. I must then re-register with my new address. _K.B_ (Initials)

5. I understand that if I move out of the state and then move back to New Jersey, I must re-register within 10 days of returning to this State with the local law enforcement agency in the town where I live. _K.B_ (Initials)

6. I understand that if I am employed, carry on a vocation or am a student in a state other than New Jersey, I also have an obligation to register in that other state in accordance with the non-resident state procedures. _K.B_ (Initials)

7. I understand that I must verify all of my current employment (whether I am paid or unpaid for my work) and/or school status with the police department with which I am registered each time I registered or verify my address. I must disclose all full or part-time employment and/or any anticipated or current school enrollment. _K.B_ (Initials)

8. I understand that I must notify the police department with which I am registered in person of any change of employment or school enrollment status within 5 days of such change. This includes a change in jobs and/or school enrollment status, becoming unemployed, becoming re-employed or having an additional job or jobs- **any change in employment or school enrollment status.** _K.B_ (Initials)

9. I understand that if I am enrolled at, employed by or carry on a vocation at an institution of higher education or other post secondary school in this State, I must also register within 10 days of commencing such attendance, employment or vocation with the Campus Police if there is one (otherwise with local PD) at the school in question in addition to registering with the local police department in the town where I live. _K.B_ (Initials)

10. I understand that my registration obligation is for 15 years beginning on the date of my conviction or release from prison, whichever is later. I may apply to the Superior Court to be relieved of my obligation to register if I remain offense free for 15 years. _K.B_ (Initials)

Revised 2/28/06                                                                                                   00044

11. I understand that I may be charged with a fourth degree offense subjecting me with up to 18 months in prison pursuant to N.J.S.A. 2C:7-2 if I fail to register, fail to re-register or fail to notify the police department of a change of address. _K. B._ (Initials)

I _Bowman_ (officer's name), have read aloud the above eleven paragraphs to _Kevin Brown_ (registrant's name) residing at _308 White Horse Pike Rm 215_ (registrant's address) and provided a copy of this acknowledgement.

_4-8-06_ (date)    _PH Bowman_ (officer's signature)

I, _Kevin Brown_ (registrant's name), acknowledge that I have been advised of my duty to register and re-register as a sex offender. I understand my obligations and I am aware that failure to comply is a crime pursuant to N.J.S.A. 2C:7-2.

_4-8-06_ (date)    _x Kevin Brown_ (registrant's signature)

Revised 2/28/06

00045