UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA      :

      - v. -               :

KEVIN BROWN,                  :

           Defendant.      :

- - - - - - - - - - - - - - - - x

07CRIM. 485

MISDEMEANOR
INFORMATION

07 Cr.

### COUNT ONE

The United States Attorney charges:

From in or about May 2006 up to and including on or about March 19, 2007, in the Southern District of New York and elsewhere, KEVIN BROWN, the defendant, being a person required to register under a State sexual offender registration program, unlawfully, willfully, and knowingly, did change address to a State other than the State in which he resided at the time of his immediately preceding registration, and did establish a new residence in that State, without registering within ten days or at any time thereafter with the Federal Bureau of Investigation ("FBI") and the State in which his new residence was established, to wit, BROWN moved from New Jersey to New York and did not notify the

00001

authorities in New Jersey or New York, or the FBI, or otherwise take steps to update his required registration.

(Title 42, United States Code, Sections 14072(g)(3) and (i)(1).)

                                         */s/ Michael J. Garcia*
                                         MICHAEL J. GARCIA
                                         United States Attorney

00002

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

KEVIN BROWN,

Defendant.

MISDEMEANOR
INFORMATION

07 Cr.

(42 U.S.C. §§ 14072(g)(3) and (i)(1).)

---

MICHAEL J. GARCIA
United States Attorney.

00003