# STATE OF NEW JERSEY
# DEPARTMENT OF CORRECTIONS

## ACKNOWLEDGEMENT OF DUTIES OF ADDRESS VERIFICATION AND REGISTRATION

NAME: Brown Kevin

PRISON NUMBER: 447840

SBI#: 563038A

FBI#: _____

DOB: 12/12/56

INTENDED RESIDENCE: 15 Raymond Av. Plainfield N.J.

**Initials**

1. KB  I understand that I must verify my address with the __Plainfield__ Police Department every year.

2. KB  I understand that this verification must be in person and I must provide proof of that address, such as a letter or a bill.

3. KB  I understand that if I served my sentence at the Adult Diagnostic & Treatment Center (Avenel), or if I was found to be a repetitive and compulsive sex offender, I must verify my address every 90 days.

4. KB  I understand that if I move, I must notify __Plainfield__ Police Department and the Police Department in the town where I intend to live, at least ten (10) days before I move. I must then re-register in my new town.

5. KB  I understand that if I remain offense-free for fifteen (15) years from the date of conviction or release from prison, whichever is later, I may apply to the Superior Court to be relieved of my obligation to register.

6. KB  I understand that I may be charged with *Failure to Register 4th Degree*, subjecting me up to 18 months in prison pursuant to *N.J.S.A. 2C:7-2*, if I fail to register, re-register or verify my address as required by law.

7. KB  I understand that if I move to another State, I will be subject to any and all laws governing sex offender registration procedures.

I, __J. Amicar__ (Officer's Name), have read the above seven (7) paragraphs to __K. Brown__ (Registrant's Name) and provided a copy of the Acknowledgement.

Date: 8/13/05

Date: 8/13/N

Officer's Signature: _____

Registrant's Name (Print): K. Brown

Registrant's Signature: x Kevin Brown

00022

ATTACHMENT A