**VINCENT P. SARUBBI**
Camden County Prosecutor

**JAMES P. LYNCH**
First Assistant Prosecutor

**GLADYS E. RODRIGUEZ**
Deputy First Assistant Prosecutor

**JOSHUA M. OTTENBERG**
Deputy First Assistant Prosecutor

**ANTHONY R. SAPONARE**
Chief of Investigations

## Camden County
### OFFICE OF THE PROSECUTOR
25 North Fifth Street
Camden, New, Jersey, 08102-1231
(856) 225-8400 Fax. (856) 963-0080

## ACKNOWLEDGMENT OF DUTIES OF
## ADDRESS VERIFICATION AND RE-REGISTRATION

1. I understand that I must verify (re-register) my address with the ____Camden____ Police Department ☐ every year or ☐ every 90 days. X K. B (Initials)

2. I understand that this verification must be **in person** and I must provide proof of that address such as a bill, driver's license or other form of ID with current address. X K. B (Initials)

3. I understand that if I serve my sentence at the Adult Diagnostic and Treatment Center (Avenel) or if I was found to be a repetitive and compulsive sex offender, I must verify my address every 90 days. X K. B (Initials)

4. I understand that if I move, either within this municipality or to another municipality, I must notify the ____Camden____ Police Department and the Police Department in the municipality where I intend to live at least 10 days before I move. I must then re-register with my new address. X K. B (Initials)

5. I understand that my registration obligation is for 15 years beginning on the date of my conviction or release from prison, whichever is later. I may apply to the Superior Court to be relieved of my obligation to register if I remain offense free for 15 years. X K.B (Initials)

6. I understand that I may be charged with a fourth degree offense subjecting me to up to 18 months in prison pursuant to N.J.S.A 2C:7-2 if I fail to register, fail to re-register or fail to notify the police department of a change of address. X K. B (Initials)

I, __DENNIS GORMLEY__, have read aloud the above six paragraphs to __KEVIN BROWN__,
      (OFFICER'S NAME)                                                                    (REGISTRANT'S NAME)
residing at   632 ERIE ST CAMDEN NJ 08102
                          (REGISTRANTS ADDRESS)
and provided a copy of this acknowledgment.

_____12/29/2005_____                            _____[signature]_____
          (DATE)                                             (OFFICERS SIGNATURE)

I, __KEVIN BROWN__, acknowledge that I have been advised of my duty to register and
      (REGISTRANT'S NAME)
re-register as a sex offender. I understand my obligations and I am aware that failure to comply is a crime pursuant to N.J.S.A 2C:7-2.

_____12/29/2005_____                            X _____[signature]_____
          (DATE)                                             (REGISTRANTS SIGNATURE)

REVISED FORM 11/02/2002

00034