# OFFENDER ADDRESS VERIFICATION FORM

| | |
|---|---|
| POLICE DEPT: | Cherry Hill Police Department |
| Name of Offender: | KEVIN BROWN |
| Address Provided: | 2389 RT. 70 W HOWARD JOHNSON'S ROOM 125 CHERRY HILL, NJ 08002 |
| Date of Contact: | 1/20/2006 |
| Name of Person Contacted at Address: | FRONT DESK CLERK |
| Relationship to offender: | NONE |
| Result of Inquiry: | CONFIRMED REGISTRANT RESIDING IN ROOM 125. |
| Proof of Residence: | KEY CARD |

Household Members:     (NAME)          (AGE)          (RELATIONSHIP)

1. NONE
2. 
3. 
4. 
5. 

Officer Making Contact: DET. P. COXSON #259

Signature: *[signed] Det. P. Coxson #259*

I hereby certify that I reside at the above address and that this address has not changed since I last completed a sex offender registration card. I understand that if I move to another address I must inform the Local/State Police in the municipality in which I am registered ten (10) days prior to the move and must re-register with the Local/State Police in my new location. I also understand that a failure to comply with these requirements could result in a criminal conviction, pursuant to N.J.S.A. 2C:7-2(a).

*[signed] Kevin Brown*
Signature of Registrant

Date of Address Verification:     1/20/2006                              00039

Photocopy of Identification:      YES (✓)    NO ( )

CCPO-ML-FORM1-2002