AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

**APPEARANCE**

Case Number: 07 Cr. 485 (HB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Kevin Brown, Defendant

I certify that I am admitted to practice in this court.

| 9/12/2007 | *[signature]* |
|---|---|
| Date | Signature |

| Peggy M. Cross, peggy_cross@fd.org, | 7231 |
|---|---|
| Print Name | Bar Number |

Federal Defenders of New York, Inc., 52 Duane St., 10th Fl.
Address

| New York, NY | 10007 | |
|---|---|---|
| City | State | Zip Code |

| (212) 417-8732 | (212) 571-0392 |
|---|---|
| Phone Number | Fax Number |