# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

UNITED STATES OF AMERICA

- v -

KEVIN BROWN, Defendant.

Docket Number **07 Cr, 485 (HB)**

Honorable Harold Baer
(District Court Judge)

Notice is hereby given that **the defendant, Kevin Brown** appeals to the United States Court of Appeals for the Second Circuit from the:

judgment [✓]; order [ ]; other [ ]: _____
(specify)

entered in this action on **06/25/08**
(date)

Offense occurred after November 1, 1987    Yes [✓]    No [ ]

The appeal concerns: conviction only [ ]; sentence only [ ]; conviction and sentence [✓].

Date: **7/3/08**

TO: Jenna Dabbs, Esq.
Assistant United States Attorney
Southern District of New York
One St. Andrews Plaza
New York, NY 10007

Kevin Brown 2745 8th Avenue #3C
New York, NY 10039

ADD ADDTIONAL PAGE IF NECESSARY

Barry Leiwant, Esq.
(Counsel for Appellant)

Address: Federal Defenders of New York, Inc.

52 Duane Street - 10th Flor

New York NY 10007

Telephone Number (212) 417-8700

(TO BE COMPLETED BY ATTORNEY) | TRANSCRIPT INFORMATION - FORM B

## ►QUESTIONNAIRE | ►TRANSCRIPT ORDER ► | DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE).

[ ] I am ordering a transcript
[X] I am not ordering a transcript *
Reason:
[ ] Daily copy is available
[ ] U.S. Attorney has placed order
[ ] Other  Attach explanation

**ALREADY HAVE TRANSCRIPTS**

Prepare transcript of    Dates
[ ] Pre-trial proceedings
[ ] Trial
[ ] Sentence
[ ] Post-trial proceedings

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript.
(FRAP 10(b)) ► Method of payment [ ] Funds [ ] CJA Form 24

ATTORNEY'S signature  *[signed]*    DATE **July 3, 2008**

► COURT REPORTER ACKNOWLEDGMENT    To be completed by Court Reporter and forward to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages |
|---|---|---|
|  |  |  |

Date _____    Signature _____
(Court Reporter)

COPY 1 - ORIGINAL